IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------- x
In re:                                : Chapter 11
                                      :
WOODWORKERS WAREHOUSE, INC.,          : Case No. 03-13655 (JBR)
                                      :
Debtor.                               :
                                      : **Relates to Orders at Docket No. 678,**
------------------------------------- x **685 and 745**

### NOTICE OF APPEAL

Bank of America, N.A., as agent (the "Agent") for Foothill Capital Corporation, Bank of America, N.A. and Transamerica Capital Corporation (collectively, the "Lenders"), by and through its undersigned counsel, Buchanan Ingersoll PC, hereby appeals under 28 U.S.C. § 158(a)(1) from the Court's **Order On Bank Of America's Motion For Reimbursement Of Lenders' Fees And Expenses To Secured Creditor Pursuant To 11 U.S.C. § 506(b)** entered on the docket by the Bankruptcy Court on November 15, 2004 [D.I. No. 678], the Court's **Amended Order On Bank Of America's Motion For Reimbursement Of Lenders' Fees And Expenses To Secured Creditor Pursuant To 11 U.S.C. § 506(b)** entered on the docket by the Bankruptcy Court on November 22, 2004 [D.I. No. 685], and the Court's **Order On Bank Of America's Motion For Relief And/Or Reconsideration Of The Court's November 12, 2004 And November 19, 2004 Order [sic] Pursuant To Federal Rules Of Bankruptcy Procedure 9023 And 9024** entered on the docket by the Bankruptcy Court on January 26, 2005 [D.I. 745].

The names of the parties to the Order, and the names and addresses of their respective counsel, are:

**Counsel to the Debtor, Woodworkers Warehouse, Inc.**

Christopher A. Ward, Esq.
Steven M. Yoder, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19899

**Counsel for United States Trustee**

Joseph McMahon, Esq.
United States Trustee
844 King Street, Room 2207
Wilmington, Delaware 19899-0035

**Counsel to the Liquidation Manager**

| | |
|---|---|
| Donald J. Deitweiler, Esq. | Irving E. Walker, Esq. |
| Saul Ewing LLP | Saul Ewing LLP |
| 222 Delaware Avenue | 100 South Charles Street |
| Wilmington, Delaware 19899 | Baltimore, MD 21201-2773 |

Dated: February 7, 2005         **BUCHANAN INGERSOLL PC**
       Wilmington, DE


/s/ *William Sullivan*_____
William D. Sullivan (No. 2820)
The Nemours Building
1007 North Orange Street, Suite 1110
Wilmington, Delaware 19801
Tel: (302) 428-5500
Fax: (302) 428-3996


Counsel for Bank of America, N.A., as agent for
Foothill Capital Corporation, Bank of America, N.A.
and Transamerica Capital Corporation

2