UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:  )
    WW WAREHOUSE, INC. F/K/A/  )  Chapter 11
    WOODWORKERS WAREHOUSE, INC.,  )  Case No. 03-13655 (JBR)
    )
    Debtor  )

**ORDER ON BANK OF AMERICA'S MOTION FOR REIMBURSEMENT OF LENDERS' FEES AND EXPENSES TO SECURED CREDITOR PURSUANT TO 11 U.S.C. § 506(b)**

For the reasons set forth in the Memorandum of Decision on Bank of America's Motion for Reimbursement of Lenders' Fees and Expenses to Secured Creditor Pursuant to 11 U.S.C. § 506(b), issued contemporaneously herewith, it is hereby ORDERED:

1. The Application is DENIED.

2. Within 7 days of the date of this Order, the Agent or its attorneys are to file an accounting of all fees and expenses paid from or after the commencement of the above captioned bankruptcy by the Debtor, whether directly or charged to the loan or the collateral under the Credit Agreement, to the Agent, any of the Lenders, or the Agent's or Lenders' counsel in connection with attorneys' fees and/or expenses relating to or arising from the Credit Agreement regardless of when such fees and/or expenses were incurred.

3. Within 7 days of the date of this Order, the Agent, Lenders, and/or Agent's or Lenders' counsel are to turn over to the Liquidation Manager all funds set forth in the accounting required by Paragraph 2 above.

Dated: November 12, 2004

*Joel B. Rosenthal*
Joel B. Rosenthal
United States Bankruptcy Judge