UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:                                            )
                                                  )
  WW WAREHOUSE, INC. F/K/A/                       )   Chapter 11
  WOODWORKERS WAREHOUSE, INC.,                    )   Case No. 03-13655 (JBR)
                                                  )
<u>                Debtor               </u>           )

**AMENDED ORDER ON BANK OF AMERICA'S MOTION FOR REIMBURSEMENT OF LENDERS' FEES AND EXPENSES TO SECURED CREDITOR PURSUANT TO 11 U.S.C. § 506(b)**

The court's Order on Bank of America's Motion for Reimbursement of Lenders' Fees and Expenses to Secured Creditor Pursuant to 11 U.S.C. § 506(b), dated November 12, 2004 [Docket #678], it is hereby AMENDED as follows:

In Paragraph 3, "15" is substituted for "7" so that Amended Paragraph 3 provides:

    Within 15 days of the date of this Order, the Agent, Lenders,

    and/or Agent's or Lenders' counsel are to turn over to the

    Liquidation Manager all funds set forth in the accounting

    required by Paragraph 2 above.

Dated: November 19, 2004

                                                      Joel B. Rosenthal
                                                      United States Bankruptcy Judge