IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:                                    :  Chapter 11
                                          :
WW WAREHOUSE, INC., f/k/a                 :  Case No. 03-13655 (JBR)
WOODWORKERS WAREHOUSE, INC.               :
                                          :  Related Documents:  745, 751
                    Debtor.               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**DESIGNATION OF ITEMS TO BE INCLUDED IN RECORD ON APPEAL
AND STATEMENT OF ISSUES BY APPELLANT BANK OF AMERICA**

Appellant Bank of America, N.A. (the "Appellant"), as agent for Foothill Capital Corporation, Bank of America, N.A. and Transamerica Capital Corporation (collectively, the "Lenders"), by and through its undersigned counsel, Buchanan Ingersoll PC, hereby files its Designation of Items to be Included in the Record on Appeal and Statement of Issues on Appeal.

I.  **Designation of Items to be Included in the Record on Appeal**

Appellant designates the following items to be included in the record on appeal:

| D.I. | Description |
|---|---|
| *A.* | *Fee Application* |
| 470 | Bank of America's Motion to Authorize Reimbursement of Fees and Expenses to Secured Creditor Pursuant to 11 U.S.C. 506 (b).  Entered 07/14/2004. |
| 471 | Application for Compensation - Bank of America's Application in Support of Motion for Reimbursement of Lenders' Fees and Expenses to Secured Creditor Pursuant to 11 U.S.C. 506(b) (related to 470). Entered 07/14/2004. |
| 571 | Objection of the WW Warehouse, Inc. Liquidation Manager to the Motion for Reimbursement of Fees and Expenses to Secured Creditor Pursuant to 11 U.S.C. Section 506(b) and Bank of America's Application in Support of its Motion, filed by The Buckley Group, the Liquidation Manager.  (Related to 470, 471.)  Entered 08/18/2004. |
| 677 | Memorandum of Decision On Bank Of America's Motion For |

|       |                                                                                                                                                                                                                                                                                                                                             |
|-------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|       | Reimbursement Of Lenders' Fees And Expenses To Secured Creditor. (Related to 470, 471.) Entered 11/15/2004.                                                                                                                                                                                                                                 |
| 678   | Order On Bank Of America's Motion For Reimbursement Of Lenders' Fees And Expenses To Secured Creditor. (Related to 677 ) Signed on 11/12/2004, entered 11/15/2004.                                                                                                                                                                         |
| *B.*  | ***Stay Motion***                                                                                                                                                                                                                                                                                                                           |
| 681   | Motion To Temporarily Stay the Obligations Under Paragraph 3 of the Court's November 12, 2004 Order, filed by Bank of America.  (Related to 677, 678.) Entered: 11/18/2004                                                                                                                                                                  |
| 680   | Motion to Shorten Time for Hearing on Motion for Order Temporarily Staying Obligations under Paragraph 3 of the Court's November 12, 2004 Order, Filed by Bank of America.  Entered: 11/18/2004                                                                                                                                             |
| 682   | Letter to Judge Rosenthal re: Emergency Request for Stay of Certain Provisions, Filed by Bank of America. (Related to 680, 681.)  Entered: 11/18/2004.                                                                                                                                                                                      |
| 683   | Opposition Of The Liquidation Manager To Bank Of America's Motion To Shorten Time For Hearing On Motion For Order Temporarily Staying The Obligations Under Paragraph 3 Of The Court's November 12, 2004 Order And To Bank Of America's Motion For Order Temporarily Staying The Obligations Under Paragraph 3 of the Court's November 12, 2004 Order. (Related to 680, 681.)  Entered 11/19/2004. |
| 687   | Affidavit/Declaration of Service Regarding Opposition Of The Liquidation Manager To Bank Of America's Motion To Shorten Time For Hearing On Motion For Order Temporarily Staying The Obligations Under Paragraph 3 Of The Court's November 12, 2004 Order And To Bank Of America's Motion For Order Temporarily Staying The Obligations Under Paragraph 3 of the Court's November 12, 2004 Order. (Related to 683.)  Entered 11/22/2004. |
| 684   | Order Denying Shortening Time For Hearing On Motion For Order Temporarily Staying The Obligations Under Paragraph 3 Of The Court's November 12, 2004 Order. (Related to 680, 678) Signed on 11/19/2004, entered 11/22/2004.                                                                                                                 |
| 685   | Order (Amended) on Bank of America's Motion For Reimbursement of Lender's Fees and Expenses to Secured Creditor (related to 678 ) Order Signed on 11/19/2004, entered 11/22/2004.                                                                                                                                                           |
| 686   | Order Denying Staying Obligations Under Paragraph 3 of the Court's November 12, 2004 Order (Related to 678) Order Signed on 11/19/2004, entered 11/22/2004.                                                                                                                                                                                 |
| *C.*  | ***Motion to Reconsider***                                                                                                                                                                                                                                                                                                                  |
| 688   | Bank of America's Motion to Reconsider the Court's November 12, 2004 Order and November 19, 2004 Order Pursuant to Federal Rules of Bankruptcy Procedure 9023 and 9024. (Related to 686, 677, 678, 680, 681, 682, 684, 685 ) Entered 11/24/2004.                                                                                            |
| 707   | Opposition Of The Liquidation Manager To Bank Of America's Motion For Relief From And/Or Reconsideration Of The Court's November 19, 2004 Order Pursuant To Federal Rules Of Bankruptcy Procedure 9023 And 9024. (Related to 688.)  Entered: 12/08/2004.                                                                                   |

69458.1

| 719 | Reply in Support of Motion for Relief from and/or Reconsideration of the Court's November 12, 2004 Order and November 19, 2004 Order Pursuant to Federal Rules of Bankruptcy Procedure 9023 and 9024.  (Related to 707, 686, 688, 677, 678, 680, 681, 682, 684, 685.)  Entered 12/15/2004. |
|---|---|
| 737 | Notice of Completion of Briefing.  Entered 1/13/2005. |
| 745 | Order on Bank of America's Motion for Relief from and/or Reconsideration of the Court's November 12, 2004 and November 19, 2004 Order [sic] Pursuant to Federal Rules of Bankruptcy Procedure 9023 and 9024.  Entered 1/26/2005. |
| 751 | Notice of Appeal from Order on Bank of America's Motion for Reimbursement of Lenders' Fees and Expenses to Secured Creditor Pursuant to 11 U.S.C. Section 506(b); Amended Order on Bank of America's Motion for Reimbursement of Lenders' Fees and Expenses to Secured Creditor Pursuant to 11 U.S.C. Section 506(b); and Order on Bank of America's Motion for Relief and/or Reconsideration of the Court's November 12, 2004 and November 19, 2004 Order Pursuant to Federal Rules of Bankruptcy Procedure 9023 and 9024.  Entered 2/07/2005. |
| **D.** | ***Motion to Strike*** |
| 729 | Motion to Strike & Notice of Motion of the Liquidation Manager to Strike Reply of Bank of America in Support of Motion for Relief From and/or Reconsideration of the Court's November 12, 2004 Order and November 19, 2004 Order Pursuant to Federal Rules of Bankruptcy Procedure 9023 and 9024.  Related to 688.  Entered 12/17/2004. |
| 731 | Response to Motion of the Liquidation Manager to Strike Reply of Bank of America in Support of Motion for Relief from and/or Reconsideration of the Court's November 12, 2004 Order and November 19, 2004 Order Pursuant to Federal Rules of Bankruptcy Procedure 9023 and 9024 (Related to 729.) Entered 12/23/2004. |
| **E.** | ***Cash Collateral Pleadings*** |
| 14 | Debtor's Motion Pursuant to Sections 105(a), 361, 363, 503(b) and 507(b) of the Bankruptcy Code and Bankruptcy Rules 4001(b), (d) and 9014 for Entry of Interim and Final Orders (A) Authorizing Use of Cash Collateral (B) Granting Adequate Protection and Administrative Expense Priority and (C) Scheduling a Final Hearing on the Motion.  Entered: 12/02/2003. |
| 24 | Interim Order (A) Authorizing Use of Cash Collateral (B) Granting Adequate Protection Pursuant to 11 U.S.C. Sections 361 and 363, and (C) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b) and Local Rule 2002-1(b). (Related to D.I.14) Entered: 12/03/2003. |
| 49 | Second Interim Order (A) Authorizing Use of Cash Collateral (B) Granting Adequate Protection Pursuant to 11 U.S.C. Sections 361 and 363, and (C) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b) and Local Rule 2002-1(b). Order Signed on 12/5/2003. |
| 116 | Order (Third Interim) (A) Authorizing Use of Cash Collateral (B) Granting Adequate Protection and (C) Scheduling a Final Hearing. Entered: 12/30/2003. |
| 202 | Fourth Interim Order (A) Authorizing Use of Cash Collateral (B) Granting |

|     | Adequate Protection and (C) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b) and Local Rule 2002-1(b).  Order Signed on 1/27/2004, entered 01/29/2004. |
| --- | --- |
| 243 | Fifth Interim Order (A) Authorizing Use of Cash Collateral (B) Granting Adequate Protection Pursuant to 11 U.S.C. Sections 361 and 363, and (C) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b) and Local Rule 2002-1(b).  Entered 2/24/2004. |
| 286 | Sixth Interim Order (A) Authorizing Use of Cash Collateral (B) Granting Adequate Protection Pursuant to 11 U.S.C. Sections 361 and 363, and (C) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b) and Local Rule 2002-1(b). Order signed 3/24/2004, entered 3/25/2004. |
| 382 | Certification Of Counsel Regarding: Final Order By Consent Authorizing Use Of Cash Collateral Pursuant To 11 U.S.C. §§ 361 And 363, And Terminating Restrictions Upon Use Of Cash Collateral.  Entered 5/25/2004. |
| 404 | Certification Of No Objection Regarding Notice Of Proposed Final Order By Consent Authorizing Use Of Cash Collateral Pursuant To 11 U.S.C. §§ 361 And 363, And Terminating Restrictions Upon Use Of Cash Collateral.  Entered 6/09/2004. |
| 418 | Final Order by Consent Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. §§ 361 and 363, and Terminating Restrictions upon Use of Cash Collateral.  Entered 6/15/2004. |

Appellant respectfully reserves the rights to supplement and amend the items designated herein.

**II.     Statement of Issues on Appeal**

Appellant presents the following issues on appeal:

1.     Did the Bankruptcy Court err as a matter of law by denying all fees requested in Bank of America's application for reimbursement of fees and expenses under Section 506(b) of the Bankruptcy Code, and requiring disgorgement of fees previously approved, solely as a result of Bank of America's failure to include certain information in the 506(b) application, without providing an opportunity to supplement or revise that application, as required by the rule in this circuit stated in In re Busy Beaver Building Centers, Inc., 19 F.3d 833 (3d. Cir. 1994)?

2. Did the Court otherwise commit an abuse of discretion in denying Appellant's Motion for Reconsideration, which included Bank of America's revised 506(b) application for fees and expenses formatted in the manner specified by the Court in its November 12, 2004 Order?

Appellant respectfully reserves the right to supplement and amend the list of issues on appeal designated herein.

Dated: February 17, 2005
Wilmington, Delaware

**BUCHANAN INGERSOLL PC**

/s/ William D. Sullivan
William D. Sullivan (No. 2820)
The Nemours Building
1007 N. Orange Street, Suite 1110
Wilmington, DE 19801
Tel: (302) 428-5500
Fax: (302) 428-3996

Louis T. DeLucia
Tod S. Chasin
BUCHANAN INGERSOLL PC
700 Alexander Park, Suite 300
Princeton, NJ 08540-6347
Telephone: (609) 987-6800
Facsimile: (609) 520-0360

Counsel for Bank of America, N.A., as agent for Foothill Capital Corporation, Bank of America, N.A. and Transamerica Capital Corporation