IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WW WAREHOUSE, INC., f/k/a | ) | |
| WOODWORKERS WAREHOUSE, INC., | ) | Case No. 03-13655 (JBR) |
| | ) | |
| | ) | |
| Debtor. | ) | |

**APPELLEE'S DESIGNATION OF
ADDITIONAL ITEMS TO BE INCLUDED IN RECORD ON APPEAL**

Appellee, The Buckley Group, the Liquidation Manager (the "Liquidation Manager") of WW Warehouse, Inc., f/k/a Woodworkers Warehouse, Inc. by and through its undersigned counsel, Saul Ewing LLP, hereby Designates the following items, in addition to those items previously designated by the Appellant, to be included in the record on appeal:

| Docket No. | Description of Document |
|---|---|
| 1 | Chapter 11 Voluntary Petition. Filed by Woodworkers Warehouse, Inc. |
| 7 | Debtor's Motion Pursuant to Sections 105(a) and 331 of the Bankruptcy Code to Establish Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals Filed by Woodworkers Warehouse, Inc. |
| 48 | Sale Order (a) Approving the Sale of Substantially All the Debtor's Merchandise Free and Clear of All Liens, Claims and Encumbrances, (b) Authorizing the Agent to Conduct Going Out of Business Sales and (c) Granting Certain Related Relief. Order Signed on 12/5/2003 (related document(s)13, 25 ). |
| 74 | Notice of Appointment of Official Committee of Unsecured Creditors Filed by United States Trustee. |
| 97 | Objection Of The Official Committee Of Unsecured Creditors Of Woodworkers Warehouse, Inc. To Debtor's Motion Pursuant To Sections 105(a), 361, 363, 503(b) And 507(b) Of The Bankruptcy Code And |

|  | |
|---|---|
|  | Bankruptcy Rules 4001(b), (d) And 9014 For Entry Of Interim And Final Orders (A) Authorizing Use Of Cash Collateral (B) Granting Adequate Protection And Administrative Expense Priority And (C) Scheduling A Final Hearing On The Motion (Related to D.I. Nos. 14, 49) Filed by The Official Committee of Unsecured Creditors of Woodworkers Warehouse, Inc. |
| 125 | Notice of Final Cash Collateral Hearing (related document(s)24, 14, 49, 116 ) Filed by Woodworkers Warehouse, Inc. Hearing scheduled for 1/27/2004 at 10:30 AM at US District Court, 844 King St., Wilmington, Delaware. |
| 266 | Transcript of Hearing Held on 2/24/04. |
| 354 | First Interim Fee Request of Saul Ewing LLP, Counsel to the Official Committee of Unsecured Creditors of WW Warehouse, Inc. F/K/A Woodworkers Warehouse, Inc., for Compensation and Reimbursement of Expenses for the Period from December 15, 2003 through March 31, 2004 Filed by The Official Committee of Unsecured Creditors of WW Warehouse, Inc. f/k/a Woodworkers Warehouse, Inc. Hearing scheduled for 6/14/2004 at 02:00 PM at US District Court, 844 King St., Courtroom #2B, Wilmington, Delaware. (Attachments: # 1 Proposed Form of Order # 2 Certificate of Service) |
| 386 | Notice of Proposed Final Order by Consent Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. Sections 361 and 363, and Terminating Restrictions Upon Use of Cash Collateral (related document(s)382 ) Filed by The Official Committee of Unsecured Creditors of WW Warehouse, Inc. f/k/a Woodworkers Warehouse, Inc. (Attachments: # 1 Exhibit A-Proposed Final Order by Consent# 2 Certificate of Service). |
| 392 | Objection to First Interim Fee Request of Saul Ewing LLP, Counsel to the Official Committee of Unsecured Creditors of WW Warehouse, Inc. F/K/A Woodworkers Warehouse, Inc., for Compensation and Reimbursement of Expenses for the Period from December 15, 2003 through March 31, 2004 Filed by Bank of America (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J# 11 Exhibit K) (Wilks, David) (Entered: 06/01/2004)1/20/2004. (Attachments: # 1 Exhibit A) |
| 408 | Motion of Saul Ewing LLP for Leave to File Reply Memorandum in Support of First Interim Fee Application of Saul Ewing LLP, Counsel to the Official Committee of Unsecured Creditors of WW Warehouse, Inc., f/k/a Woodworkers Warehouse, Inc. for Compensation and Reimbursement of Expenses for the Period from December 15, 2003 through March 31, 2004 (Related to Docket Nos. 366and 392) Filed by Saul Ewing LLP. Hearing scheduled for 6/14/2004 at 02:00 PM at US Bankruptcy Court, 824 Market St., Room 309, Wilmington, Delaware.. (Attachments: # 1 Exhibit A- |

|     |     |
| --- | --- |
|     | Proposed Reply Memorandum# 2 Proposed Form of Order # 3 Certificate of Service). |
| 413 | Order Granting Saul Ewing LLP Leave to File Reply Memorandum in Support of First Interim Fee Application of Saul Ewing LLP, Counsel to the Official Committee of Unsecured Creditors of WW Warehouse, Inc., f/k/a Woodworkers Warehouse, Inc. for Compensation and Reimbursement of Expenses for the Period from December 15, 2003 through March 31, 2004. (Related Doc # 408) Order Signed on 6/14/2004. |
| 417 | Order Approving First Interim Fee Request of Saul Ewing LLP, Counsel to the Official Committee of Unsecured Creditors of WW Warehouse, Inc. F/K/A Woodworkers Warehouse, Inc., for Compensation and Reimbursement of Expenses for the Period From December 15, 2003 Through March 31, 2004. (related document(s)299, 311, 339, 293 ) Order Signed on 6/15/2004. |
| 520 | Order Confirming Second Amended Joint Plan of Liquidation of WW Warehouse, Inc., f/k/a Woodworkers Warehouse, Inc., as Amended. Order Signed on 7/30/2004 (related document(s)419, 420 ). |
| 524 | Re-Notice of Motion for Reimbursement of Fees and Expenses to Secured Creditor Pursuant to 11 U.S.C. Section 506(b) Filed by Bank of America Hearing scheduled for 9/28/2004 at 11:30 AM at US Bankruptcy Court, 824 Market St., Room 309, Wilmington, Delaware. Objections due by 8/18/2004. (Attachments: # 1 Certificate of Service # 2 Service List). |
| 679 | Accounting of Attorneys' Fees and Expenses Paid Post –Petition to Secured Creditor (related document(s)571 ) Filed by Bank of America. (Attachments: # 1 Exhibit A). |
| 689 | Transcript of Hearing Held on 1/27/2004 (related document(s)183, 168 ). |
| 690 | Transcript of Hearing Held on 5/26/2004 (related document(s)359, 365 ). |
| 717 | Transcript of Hearing held on September 28, 2004 before the Honorable Joel B. Rosenthal. (related document(s)627 ). |
| 724 | Transcript of Hearing held on June 14, 2004 before the Honorable Joel B. Rosenthal. (related document(s)409 ). [Don, do we need the transcript of the Disclosure Statement hearing?] |
| 736 | Hearing Held/Court Sign-In Sheet for January 12, 2005, (related document(s)732 ). |
| TBD | Transcript of Hearing Held on January 12, 2005 |

| | |
|---|---|
| 742 | Order Reassigning Contested Matters. (related document(s)688, 729 ) Order Signed on 1/21/2005. |
| 744 | Order Denying Motion of Liquidation Manager to Strike Reply. (Related Doc # 729) Order Signed on 1/25/2005 |
| 746 | Affidavit/Declaration of Service Regarding Order Denying Motion of Liquidation Manager to Strike Reply (related document(s)744 ) Filed by The Buckley Group, the Liquidation Manager. |
| 747 | Affidavit/Declaration of Service Regarding Order On Bank of America's Motion for Relief From and/or Reconsideration of the Court's November 12, 2004 and November 19, 2004 Order (related document(s)745 ) Filed by The Buckley Group, the Liquidation Manager. |
| 754 | Appellant Designation of Contents For Inclusion in Record On Appeal and Statement of Issues by Appellant Bank of America. (related document(s)745, 751, 210 ) Filed by Bank of America Appellee designation due by 2/27/2005. Transmission of Designation Due by 3/19/2005. (Attachments: # 1 Certificate of Service). |

Appellee respectfully reserves the rights to supplement and amend the items designated herein.

| | |
|---|---|
| Dated: February 25, 2005 | SAUL EWING LLP |

*/s/ Donald J. Detweiler*
Donald J. Detweiler (No. 3087)
**SAUL EWING LLP**
222 Delaware Avenue, Suite 1200
P. O. Box 1266
Wilmington, DE 19899
(302) 421-6834

and

Irving E. Walker
G. David Dean
100 S. Charles Street, 15th Floor
Baltimore, Maryland 21201
Telephone: (410) 332-8672
Facsimile: (410) 332-8107

Attorneys for Appellee, The Buckley Group, Liquidation Manager