IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM** #6

IN RE: WW WAREHOUSE, INC., f/k/a Woodworkers Warehouse Inc.

|  |  |  |
|---|---|---|
| Bank of America, N.A. | ) | |
|  | ) | |
| Appellant | ) | Civil Action No.   05-148 |
| v. | ) | |
|  | ) | |
| WW Warehouse, Inc., et al. | ) | |
|  | ) | |
| Appellees | ) | Bankruptcy Case No. 03-13655 |

**NOTICE OF DOCKETING**

A Notice of Appeal of the following orders of the Bankruptcy Court dated 11/12/04, 11/19/04 & 1/25/05 was docketed in the District Court on 3/10/05:

      Order on Appellant's Motion for Reimbursement of Lenders' Fees
      and Expenses to Secured Creditor

      Order (Amended) on Appellant's Motion for Reimbursement of
      Lender's Fees and Expenses to Secured Creditor

      Order on Appellant's Motion for Relief from and/or Reconsideration
      Of the Court's 11/12/04 & 11/19/04 Order

In accordance with the Standing Order of the Court dated July 23, 2004, this case shall be referred to the Appellate Mediation Panel, and briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office.  Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

                                      Peter T. Dalleo
                                      Clerk of Court

Date:

To: U.S. Bankruptcy Court
Counsel